IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| WILLIAM G. ESSLINGER, JR., <br><br> Plaintiff, <br><br> v. <br><br> ENDLINK, LLC and ROBERT F. WHITE, <br><br> Defendants. | CIVIL ACTION <br><br> FILE NO. _____ |

## NOTICE OF REMOVAL

Defendants Endlink, LLC and Robert F. White ("Defendants"), by and through their undersigned counsel and pursuant to 28 U.S.C. § 1332, 1441, and 1446, hereby gives notice of the removal of this action to the United States District Court for the Northern District of Georgia, Newnan Division. As grounds for this removal, Defendants state as follows:

### I.      BACKGROUND

1.      On or about July 29, 2022, Plaintiff William G. Esslinger, Jr. ("Plaintiff"), initiated the current action by filing a Complaint against Defendants in

the State Court of Carroll County, Georgia, Case No. STCV2022000389 (the "State Court Action"). On August 3, 2022, Plaintiff filed an Amended Complaint.[1]

2. Plaintiff's Complaint seeks, among other things, damages for Defendants' alleged breach of an independent contractor agreement between the parties. (Am. Compl. Count I.)

3. The State Court of Carroll County is a state court within this district and division.

4. The Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b)(2)(B).

5. Defendant Mr. White was served on August 8, 2022. Defendant Endlink was served August 25, 2022.

## II. DIVERSITY JURISDICTION

6. This Court has original diversity jurisdiction over this action under 28 U.S.C. § 1332.

7. Section 1332 provides, in pertinent part, that the "district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs, and is between . . . citizens of different states." 28 U.S.C. § 1332(a)(1).

---

[1] A copy of all process, pleadings, and orders served upon the Defendants in the State Court Action are attached hereto as Exhibit A.

8. Here, both requirements for original diversity jurisdiction under 28 U.S.C. § 1332 are satisfied under the Complaint.

A. **Complete Diversity of Citizenship Exists Between Plaintiff and Defendants.**

9. Plaintiff is a citizen of the state of Georgia. (Amended Compl. ¶ 1.)

10. Robert F. White is an individual who resides in Lee County, Florida. (Am. Compl., ¶ 3.)

11. Endlink, LLC is a Florida limited liability company organized under the laws of Florida and that maintains its headquarters at 1350 Monroe St Unit 595 Fort Myers, Florida 33902. (Am. Compl. ¶ 2.)

12. In the Eleventh Circuit, a limited liability company is a citizen of any state of which a member of the company is a citizen. *See Rolling Greens MHP, LP v. Comcast SCH Holdings, LLC*, 374 F.3d 1020, 1022 (11th Cir. 2004).

13. Endlink has two members, Robert White and Ruben Viera, both of whom are currently Florida residents and were Florida residents on the date this lawsuit was filed.

14. Accordingly, there is complete diversity between Plaintiff and Defendants, as no Defendant is a citizen of the State of Georgia.

**B.      The Amount in Controversy Exceeds the Jurisdictional Amount.**

15.     Diversity jurisdiction requires an amount in controversy of greater than $75,000, exclusive of interest and costs. *See* 28 U.S.C. § 1332(a).

16.     Plaintiff seeks, among other things, $453,600 in monetary damages. (Am. Comp. ¶ 56.)

17.     Therefore, because there is complete diversity of citizenship between Plaintiff and Defendants and because the amount in controversy is greater than $75,000, this court has diversity jurisdiction pursuant to 28 U.S.C. § 1332, and removal is proper.

**III.     ALL OTHER REQUIREMENTS FOR REMOVAL ARE SATISFIED**

18.     This case is a civil action within the meaning of the Acts of Congress relating to the removal of causes.

19.     Venue for removal is proper in this district and division under 28 U.S.C. § 1441(a) because this district and division embrace the State Court of Carroll County, Georgia, the forum in which the Civil Action was pending.

20.     Defendants have heretofore sought no similar relief.

21.     Removal at the present time will not result in any prejudice to Plaintiff.

22.     Defendants reserve the right to amend or supplement this Notice of Removal.

23. A copy of this Notice is being filed with the Clerk of the State Court of Carroll County, Georgia, as provided under 28 U.S.C. § 1446.

**WHEREFORE,** Defendants request that the Court take jurisdiction of this action and issue all necessary orders and process to remove this action from the State Court of Carroll County, Georgia to the United States District Court for the Northern District of Georgia, Newnan Division.

**THE LOCKETT LAW FIRM LLC**

*/s/John A. Lockett*
John A. Lockett III
Georgia Bar No. 455549
1397 Carroll Drive
Atlanta, Georgia 30318
Telephone: (404) 259-3962
john@lockettlawfirm.com

*Counsel for Defendants Endlink, LLC and Robert F. White*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned certifies that this document has been prepared in Times New Roman 14 point font in accordance with Local Rule 5.1(B).

                                            **THE LOCKETT LAW FIRM LLC**

                                            */s/John A. Lockett*
                                            John A. Lockett III
                                            Georgia Bar No. 455549

# IN THE UNITED STATES DISTRIC COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| WILLIAM G. ESSLINGER, JR., <br><br> Plaintiff, <br> v. <br><br> ENDLINK, LLC and ROBERT F. WHITE, <br><br> Defendants. | CIVIL ACTION <br><br> FILE NO. _____ |

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September, 2022, I filed a true and correct copy of **NOTICE OF REMOVAL** via the Court's ECF filing system and have served same by first-class U.S. Mail, proper postage prepaid, properly addressed to the following:

> Tiana S. Mykkeltvedt, Esq.
> Laurie Ann Taylor, Esq.
> Bondurant Mixon & Elmore LLP
> 1201 W. Peachtree, Suite 3900
> Atlanta, GA 30309
> mykkeltvedt@bmelaw.com
> ltaylor@bmelaw.com

*/s/John A. Lockett*
John A. Lockett III
Georgia Bar No. 455549