# IN THE UNITED STATES DISTRIC COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| WILLIAM G. ESSLINGER, JR., | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO: |
| | ) 3:22-cv-00153-TCB |
| v. | ) |
| | ) |
| ENDLINK, LLC and ROBERT F. WHITE, | ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME

For good cause shown, the Parties' Consent Motion for Extension of Time is hereby **GRANTED**. The deadlines are set as follows:

- Plaintiff William G. Esslinger's Response in Opposition to Defendants' Endlink, LLC, and Robert F. White's Motion to Dismiss is due on **Friday, October 7, 2022,** and

- Defendants Endlink, LLC, and Robert F. White's Reply in Support of their Motion to Dismiss is due on **Monday, October 31, 2022**.

SO ORDERED, this 20th day of September, 2022.

**TIMOTHY C. BATTEN, SR.**
**UNITED STATES DISTRICT CHIEF JUDGE**