# IN THE UNITED STATES DISTRIC COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

WILLIAM G. ESSLINGER, JR.,

    Plaintiff,

v.

ENDLINK, LLC and ROBERT F. WHITE,

    Defendants.

CIVIL ACTION

FILE NO. 3:22-cv-00153-TCB

## DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DICLOSURE STATEMENT

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.3 of the Local Rules, Defendants Endlink, LLC and Robert F. White ("Defendants") makes the following disclosures:

(1)    The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10 percent or more of the stock of Defendant Endlink, LLC:

    Endlink, LLC
    Robert F. White
    William G. Esslinger, Jr.

(2)     The undersigned further certify that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

> William G. Esslinger, Jr.
> Endlink, LLC
> Robert F. White
> Ruben Viera

(3)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Defendant Endlink, LLC and Robert F. White:

> John A. Lockett III, Esq.
> The Lockett Law Firm LLC
> 1397 Carroll Drive
> Atlanta, Georgia 30318

                                                    THE LOCKETT LAW FIRM LLC

                                                    /s/John A. Lockett III
                                                    John A. Lockett III
                                                    Georgia Bar No. 455549
                                                    1397 Carroll Drive
                                                    Atlanta, Georgia 30318
                                                    Telephone: (404) 259-3962
                                                    john@lockettlawfirm.com
                                                    *Counsel for Defendants*

IN THE UNITED STATES DISTRIC COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| WILLIAM G. ESSLINGER, JR.,<br><br>  Plaintiff,<br>v.<br><br>ENDLINK, LLC and ROBERT F. WHITE,<br><br>  Defendants. | CIVIL ACTION<br><br>FILE NO. 3:22-cv-00153-TCB |

### CERTIFICATE OF SERVICE

I hereby certify that I have this 28th day of September 2022, electronically filed the foregoing **DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DICLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification to the following counsel of record:

Tiana S. Mykkeltvedt, Esq.<br>
Laurie Ann Taylor, Esq.<br>
Bondurant Mixon & Elmore LLP<br>
1201 W. Peachtree, Suite 3900<br>
Atlanta, GA 30309<br>
mykkeltvedt@bmelaw.com<br>
ltaylor@bmelaw.com

   */s/John A. Lockett III*
   John A. Lockett III
   Georgia Bar No. 455549