# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

WILLIAM G. ESSLINGER, JR.,

    Plaintiff,

vs.

ENDLINK, LLC and ROBERT F. WHITE,

    Defendants.

CIVIL ACTION NO.
3:22-cv-00153-TCB

## PLAINTIFF WILLIAM G. ESSLINGER, JR.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

**(1)** The undersigned counsel for William G. Esslinger, Jr., certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- William G. Esslinger, Jr. – Plaintiff
- Endlink, LLC – Defendant
- Robert F. White – Defendant

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations

having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

For Plaintiff

- Esslinger Tech Law, LLC

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

- Tiana S. Mykkeltvedt– Counsel for Plaintiff
- Laurie Ann Taylor – Counsel for Plaintiff
- Bondurant Mixson & Elmore, LLP – Counsel for Plaintiff
- John A. Lockett III – Counsel for Defendants Endlink, LLC, and Robert F. White
- The Lockett Law Firm LLC - Counsel for Defendants Endlink, LLC, and Robert F. White

[*Signatures on following page.*]

Respectfully submitted this 4th day of October, 2022.

/s/ Tiana S. Mykkeltvedt
Tiana S. Mykkeltvedt
Georgia Bar No. 533512
Laurie Ann Taylor
Georgia Bar No. 452926
**Bondurant Mixson & Elmore, LLP**
1201 West Peachtree St NW
Suite 3900
Atlanta, GA  30309
(404) 881-4100 (Telephone)
(404) 881-4111 (Facsimile)
mykkeltvedt@bmelaw.com
ltaylor@bmelaw.com

*Counsel for Plaintiff*

## **CERTIFICATE OF COMPLIANCE**

I certify that the foregoing has been prepared in accordance with Local Rule 5.1, including preparation in Times New Roman 14-point font, one of the font and point selections approved by the Court in Local Rule 5.1(C).

This 4th day of October, 2022.

>*/s/ Tiana S. Mykkeltvedt*
>Tiana S. Mykkeltvedt
>Georgia Bar No. 533512

## **CERTIFICATE OF SERVICE**

I certify that I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to this matter via electronic notification or otherwise.

This 4th day of October, 2022.

/s/ *Tiana S. Mykkeltvedt*
Tiana S. Mykkeltvedt
Georgia Bar No. 533512