AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| WILLIAM G. ESSLINGER, JR. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:22-cv-00153-TCB |
| ENDLINK, LLC and ROBERT F. WHITE | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Endlink, LLC and Robert F. White.

Date: 10/07/2022

/s/Abby Vineyard
*Attorney's signature*

Abby Vineyard, Georgia Bar No. 570288
*Printed name and bar number*

The Lockett Law Firm LLC
1397 Carroll Drive NW
Atlanta, Georgia 30318
*Address*

abby@lockettlawfirm.com
*E-mail address*

(404) 806-7448
*Telephone number*

*FAX number*

# IN THE UNITED STATES DISTRIC COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| WILLIAM G. ESSLINGER, JR.,<br><br>   Plaintiff,<br>v.<br><br>ENDLINK, LLC and ROBERT F. WHITE,<br><br>   Defendants. | CIVIL ACTION<br><br>FILE NO. 3:22-cv-00153-TCB |

## CERTIFICATE OF SERVICE

I hereby certify that I have this 7th day of October 2022, electronically filed the foregoing **APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification to the following counsel of record:

Tiana S. Mykkeltvedt, Esq.
Laurie Ann Taylor, Esq.
Bondurant Mixon & Elmore LLP
1201 W. Peachtree, Suite 3900
Atlanta, GA 30309
mykkeltvedt@bmelaw.com
ltaylor@bmelaw.com

　　　　　　　　　　　　　　　　*/s/Abby Vineyard*
　　　　　　　　　　　　　　　　Abby Vineyard
　　　　　　　　　　　　　　　　Georgia Bar No. 570288