# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| WILLIAM G. ESSLINGER, JR.,<br><br>　　Plaintiff,<br><br>v.<br><br>ENDLINK, LLC and ROBERT F. WHITE,<br><br>　　Defendants. | CIVIL ACTION FILE<br>NO. 3:22-cv-00153-TCB |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery and discussing settlement are as stated in the above-completed form, except as herein modified.

_____

_____

_____

_____

_____.

**IT IS SO ORDERED,** this 12th day of October, 2022.

_____
**TIMOTHY C. BATTEN, SR.**
**Chief United States District Judge**