IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| WILLIAM G. ESSLINGER, JR., <br><br> **Plaintiff,** <br><br> v. <br><br> ENDLINK, LLC and ROBERT F. WHITE, <br><br> **Defendants.** | CIVIL ACTION FILE NO. <br> 3:22-cv-00153-TCB |

### RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that on December 5, 2022, I served a true and correct copy of the following documents in accordance with the certificate of service attached thereto:

1. Plaintiff's First Interrogatories to Defendant Endlink, LLC;

2. Plaintiff's First Request for Production of Documents to Defendant Endlink, LLC;

3. Plaintiff's First Interrogatories to Defendant Robert F. White; and

4. Plaintiff's First Request for Production of Documents to Defendant Robert F. White.

*Signatures on following page.*

#3488864v1

Respectfully submitted, this 5th day of December, 2022.

                            BONDURANT, MIXSON & ELMORE, LLP

                            */s/ Laurie Ann Taylor*
                            Tiana S. Mykkeltvedt
                            Georgia Bar No. 533512
                            Laurie Ann Taylor
                            Georgia Bar No. 452926
                            1201 W. Peachtree, Suite 3900
                            Atlanta, Georgia 30309
                            Tel: (404) 881-4100
                            mykkeltvedt@bmelaw.com
                            ltaylor@bmelaw.com

                            ***Attorneys for Plaintiff***

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned certifies that this document has been prepared in Times New Roman 14-point font in accordance with Local Rule 5.1(B).

                                        BONDURANT MIXSON & ELMORE, LLP

                                        */s/ Laurie Ann Taylor*
                                        Laurie Ann Taylor
                                        Georgia Bar No. 452926

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to counsel of record as follows:

John A. Lockett, III, Esq.
Abby Ammons Vineyard, Esq.
The Lockett Law Firm LLC
1397 Carroll Drive NW
Atlanta, Georgia 30318
john@lockettlawfirm.com
abby@lockettlawfirm.com

**Counsel for Defendants Endlink, LLC and Robert F. White**

This 5th day of December, 2022.

*/s/ Laurie Ann Taylor*
Laurie Ann Taylor
Georgia Bar No. 452926