IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| WILLIAM G. ESSLINGER, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>ENDLINK, LLC and )<br>ROBERT F. WHITE, )<br>)<br>Defendants. ) | Civil Action No.<br>3:22-CV-00153-TCB |

## CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that on February 9, 2023, I served a true and correct copy of the following:

(1) Plaintiff William G. Esslinger, Jr.'s Objections and Responses to Defendant Endlink, LLC's First Interrogatories;

(2) Plaintiff William G. Esslinger, Jr.'s Objections and Responses to Defendant Endlink, LLC's First Request for Production of Documents; and

(3) Plaintiff William G. Esslinger, Jr.'s Objections and Responses to Defendant Robert F. White's First Interrogatories

via electronic mail upon the following attorneys of record:

> John A. Lockett III
> Alexander M. Heideman
> The Lockett Law Firm LLC
> 1397 Carroll Drive NW
> Atlanta, GA 30318
> john@lockettlawfirm.com
> alexander@lockettlawfirm.com

- 2 -

Respectfully submitted this 9th day of February, 2023.

        **BONDURANT MIXSON & ELMORE LLP**

        */s/ Laurie Ann Taylor*
        Tiana S. Mykkeltvedt
        Georgia Bar No. 533512
        Laurie Ann Taylor
        Georgia Bar No. 452926
        1201 West Peachtree Street NW
        Suite 3900
        Atlanta, GA 30309
        Telephone: 404-881-4144
        Facsimile: 404-881-4111

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2023, I have filed a true and correct copy of the foregoing **CERTIFICATE OF SERVICE OF DISCOVERY** using the CM/ECF filing system which will send e-mail copies of same to all counsel of record.

*/s/ Laurie Ann Taylor*
Laurie Ann Taylor
Georgia Bar No. 452926