# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

| | | |
|---|---|---|
| **WILLIAM G. ESSLINGER, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | **3:22-CV-00153-TCB** |
| | ) | |
| **ENDLINK, LLC and** | ) | |
| **ROBERT F. WHITE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>VERIFICATION</u>

The answers set forth in **PLAINTIFF WILLIAM G. ESSLINGER JR.'S**

**RESPONSES AND OBJECTIONS TO DEFENDANT ROBERT F. WHITE'S**

**FIRST INTERROGATORIES AND DEFENDANT ENDLINK LLC'S FIRST**

**INTERROGATORIES** are true and correct to the best of my knowledge,

information, and belief based on the information currently available to me.  I

reserve the right to make changes to these Objections and Responses if it appears

that an error or omission has been made therein or if more information becomes

available.

I hereby verify, pursuant to 28 U.S.C. § 1746 and subject to penalty of

perjury that the factual information contained in the foregoing responses to

interrogatories is true and correct to the best of my knowledge, information and belief.

This 14th day of February 2023.

DocuSigned by:

*William G Esslinger Jr.*

4F9B0846A78E4F7...

William G. Esslinger, Jr.